CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:22–mj–00571–JEM–1

| | |
|---|---|
| Case title: USA v. Oluwatayo | Date Filed: 06/28/2022 |
| Other court case number: 22–mj–3107 USDC for the Central District of Illinois | Date Terminated: 06/28/2022 |

Assigned to: Magistrate Judge J. Elizabeth McBath

**Defendant (1)**

**Olushola Oluwatayo**
*TERMINATED: 06/28/2022*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1349 and 18:1343 | |

**Plaintiff**

| **USA** | represented by | **Sarah Klapman** |
| | | DOJ–USAO |
| | | 75 Ted Turner Drive SW |
| | | Atlanta, GA 30082 |
| | | 404–581–4649 |
| | | Email: sarah.klapman@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

1

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/28/2022 | | | Arrest (Rule 40) of Olushola Oluwatayo (jra) (Entered: 06/30/2022) |
| 06/28/2022 | 1 | | Minute Entry for proceedings held before Magistrate Judge J. Elizabeth McBath: Initial Appearance in Rule 5(c)(3) Proceedings held as to Olushola Oluwatayo on 6/28/2022. Defendant waives Identity Hearing. Waiver filed. Bond set as to Olushola Oluwatayo (1) 10,000. Defendant Released. (Attachments: # 1 Charging Document) (Tape #FTR) (jra) (Entered: 06/30/2022) |
| 06/28/2022 | 2 | | CJA 23 Financial Affidavit by Olushola Oluwatayo. (jra) (Entered: 06/30/2022) |
| 06/28/2022 | 3 | | ORDER Setting Conditions of Release as to Olushola Oluwatayo. Signed by Magistrate Judge J. Elizabeth McBath on 6/28/2022. (jra) (Entered: 06/30/2022) |
| 06/28/2022 | 4 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Melissa McGrane (Initial Appearance Only) as to Olushola Oluwatayo. Signed by Magistrate Judge J. Elizabeth McBath on 6/28/2022. (jra) (Entered: 06/30/2022) |
| 06/28/2022 | 5 | | WAIVER of Rule 5 & 5.1 Hearings by Olushola Oluwatayo (jra) (Entered: 06/30/2022) |
| 06/28/2022 | 6 | | Appearance Bond on Rule 5(c)(3) Entered as to Olushola Oluwatayo in amount of $ 10,000. (jra) (Entered: 06/30/2022) |
| 06/28/2022 | | | Magistrate Case Closed. Defendant Olushola Oluwatayo terminated. (jra) (Entered: 06/30/2022) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Sarah Klapman (caseview.ecf@usdoj.gov, mirtha.ponce@usdoj.gov,
sarah.klapman@usdoj.gov, usagan.criminaldocketing-courtnotices@usdoj.gov), Magistrate
Judge J. Elizabeth McBath (claire_fyvolent@gand.uscourts.gov,
ganddb_efile_jem@gand.uscourts.gov, theresa_bass@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12634369@gand.uscourts.gov
Subject:Activity in Case 1:22-mj-00571-JEM USA v. Oluwatayo Arrest - Rule 40
Content-Type: text/html
```

# U.S. District Court

# Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 6/30/2022 at 10:03 AM EDT and filed on 6/28/2022

| | |
|---|---|
| **Case Name:** | USA v. Oluwatayo |
| **Case Number:** | 1:22–mj–00571–JEM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Olushola Oluwatayo (jra)**


**1:22–mj–00571–JEM–1 Notice has been electronically mailed to:**

Sarah Klapman &nbsp &nbsp sarah.klapman@usdoj.gov, CaseView.ECF@usdoj.gov, mirtha.ponce@usdoj.gov, USAGAN.CriminalDocketing–CourtNotices@usdoj.gov

**1:22–mj–00571–JEM–1 Notice has been delivered by other means to:**

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**  FILED IN OPEN COURT

DATE: 6/28/2022 @ 4:38 PM
TAPE: FTR
TIME IN COURT: 23 minutes

| | |
|---|---|
| MAGISTRATE JUDGE | J. ELIZABETH McBATH |
| COURTROOM DEPUTY CLERK: | Neethu Varghese |
| CASE NUMBER: | 1:22-MJ-0571 |
| DEFENDANT'S NAME: | Olushola Oluwatayo |
| AUSA: | Sarah Klapman |
| DEFENDANT'S ATTY: | Melissa McGrane (IA only) |
| USPO / PTR: | |

( ) Retained ( ) CJA ( X ) FDP ( ) Waived

EXHIBITS [ ] Yes [ ] No

___ ARREST DATE:

✓ Initial appearance hearing held.
✓ Defendant informed of rights.
___ Interpreter sworn:

### COUNSEL

✓ ORDER appointing Federal Defender as counsel for defendant.
___ ORDER appointing _____ as counsel for defendant.
___ ORDER: defendant to pay attorney's fees as follows:

### IDENTITY / PRELIMINARY HEARING

✓ Defendant ORALLY WAIVES identity hearing.  ✓ WAIVER FILED
___ Identity hearing HELD.  ___ Def is named def. in indictment/complaint; held for removal to other district.
✓ Defendant ORALLY WAIVES preliminary hearing in this district only.  ✓ WAIVER FILED
___ Preliminary hearing HELD.  ___ Probable cause found; def. held to District Court for removal to other district
___ Commitment issued. Detention hearing to be held in charging district

### BOND/PRETRIAL DETENTION HEARING

___ Government motion for detention filed. @ _____
___ Pretrial hearing set for _____ @ _____ ( ) In charging district.)
___ Bond/Pretrial detention hearing held.
___ Government motion for detention ( ) GRANTED ( ) DENIED
___ Pretrial detention ordered.  ___ Written order to follow.
✓ BOND set at $10,000  ✓ NON-SURETY  ___ SURETY
___ cash  ___ property  ___ corporate surety ONLY
✓ SPECIAL CONDITIONS: See bond paperwork

✓ Defendant released.
___ Bond not executed. Defendant to remain in Marshal's custody.
___ Motion ( ___ verbal) to reduce/revoke bond filed.
___ Motion to reduce/revoke bond  ___ GRANTED  ___ DENIED
___ See page 2

4

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN THE UNITED STATES | ☐ DISTRICT COURT | ☐ COURT OF APPEALS | ☐ OTHER (Specify Below) |
|---|---|---|---|

IN THE CASE OF  US  v.  Oluwatayo
FOR  
AT  

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JUN 28 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): Olushola Oluwatayo

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBER
Magistrate Judge: 1:22-MJ-0571
District Court:
Court of Appeals:

CHARGE/OFFENSE (Describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
Wire Fraud

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☒ No  [Buys + sells cars ~~$5,000/mo~~]
IF YES, how much do you earn per month? Royal mgmnt - income varies
Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth? ≈ $5,000/mo

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☒ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ 8,200
+ 16,000
24,000

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? ____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 1,200 | $ |
| Groceries | $ 150 | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ 70.00 | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ 50 + 80 = 130 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION): _[signed]_

Date: 6/28/22

30

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 28 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:22-MJ-0571 |
| Olushola Oluwatayo ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                            *Place*

on _____
              *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

31

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                                                    Custodian                    Date

( x ) (7) The defendant must:
submit to supervision by and report for supervision
    ( x ) (a) to the _____ ( x ) U.S. Pretrial Services ( ) U.S. Probation Office
            telephone number   404-215-1950  , ( ) No later than _____ ( ) Before leaving courthouse,  or _____
    ( x ) (b) maintain or actively seek lawful and verifiable employment.
    (   ) (c) continue or start an education program.
    ( x ) (d) surrender any passport to  your supervising officer by : _____, and do not obtain nor possess a passport or other international travel document, not obtain or possess a passport or other international travel document in your name, another name or on behalf of a third party, including minor children.
    (   ) (e) abide by the following restrictions on personal association, residence, or travel: _____
    (   ) (f) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
    (   ) (g) get medical or psychiatric treatment:   ( ) as directed by your supervising officers   ( ) _____
    (   ) (h) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( x ) (i) not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle or place of employment, or upon your person.
    ( x ) (j) not use alcohol (   ) at all ( x ) excessively.
    ( x ) (k) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a licensed medical practitioner.
    (   ) (l) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    (   ) (m) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( x ) (n) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( x ) (i) **Curfew.** You are restricted to your residence every day (   ) from _____ to _____, or ( x ) as directed by the pretrial services office or supervising officer; or
        (   ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        (   ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
    ( x ) (o) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        (   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
    ( x ) (p) report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
    ( x ) (p) restrict travel to the Northern District of Georgia unless the supervising officer has approved travel in advance.
    (   ) (r)  Submit to location monitoring - GPS
    (   ) (s) _____
    (   ) (t) _____

32

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

Atlanta, GA
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 6/28/2022

*Judicial Officer's Signature*

J. ELIZABETH MCBATH, U.S. MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

33

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 28 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>OLUSHOLA OLUWATAYO<br><br>Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:22-MJ-0571-JEM |

### ORDER APPOINTING COUNSEL

### MELISSA McGRANE (IA Only)

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 28th day of June, 2022.

_____
J. ELIZABETH MCBATH
United States Magistrate Judge

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 2 8 2022

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:22-MJ-0568-JEM |
| | ) | |
| Olushola Oluwatayo | ) | Charging District's Case No. 1:20-CR-029 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* **Central District Illinois**.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing. (did not have detention hrg - not necessary b/c detention not sought)

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 06/28/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

35

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 2 8 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

AO 98 (Rev. 12/11) Appearance Bond



# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:22-MJ-0571 |
| Olushola Oluwatayo | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Olushola Oluwatayo_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( ✓ ) (2) This is an unsecured bond of $ __10,000__ .

( ) (3) This is a secured bond of $ _____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 06/28/22

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 06/28/2022

_____
*Judge's signature*

37

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Sarah Klapman (caseview.ecf@usdoj.gov, mirtha.ponce@usdoj.gov,
sarah.klapman@usdoj.gov, usagan.criminaldocketing-courtnotices@usdoj.gov), Magistrate
Judge J. Elizabeth McBath (claire_fyvolent@gand.uscourts.gov,
ganddb_efile_jem@gand.uscourts.gov, theresa_bass@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:12634485@gand.uscourts.gov
Subject:Activity in Case 1:22-mj-00571-JEM USA v. Oluwatayo Termination of Magistrate Case
```
Content–Type: text/html

# U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 6/30/2022 at 10:30 AM EDT and filed on 6/28/2022

**Case Name:** USA v. Oluwatayo
**Case Number:** 1:22–mj–00571–JEM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Magistrate Case Closed. Defendant Olushola Oluwatayo terminated. (jra)**

**1:22–mj–00571–JEM–1 Notice has been electronically mailed to:**

Sarah Klapman &nbsp &nbsp sarah.klapman@usdoj.gov, CaseView.ECF@usdoj.gov, mirtha.ponce@usdoj.gov, USAGAN.CriminalDocketing–CourtNotices@usdoj.gov

**1:22–mj–00571–JEM–1 Notice has been delivered by other means to:**